UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY L. SMITH,<br><br>   Petitioner,<br><br>  v.<br><br>PATRICK R. GLEBE,<br><br>   Respondent. | Case No. C13-1813RSL<br><br>ORDER STRIKING DOCUMENTS |

This matter comes before the Court on petitioner's (1) "Motion for Sanctions and Finding of Contempt" (Dkt. #31) and (2) "Motion to Docket for Hearing" (Dkt. #32). On April 29, 2014, the Court adopted the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, to deny and dismiss with prejudice petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus. Dkt. #24. Final judgment was entered, and this case was closed. Dkt. #25.

 Because the above-captioned matter has been finally resolved in this Court for more than six years, and because the Court has ample authority to control its docket, IT IS HEREBY ORDERED that Dkts. #31 and #32 are STRICKEN. Neither the Clerk of Court nor the undersigned will take any further action on or consider the contents of these papers.

 IT IS SO ORDERED.

//

//

ORDER STRIKING DOCUMENTS - 1

1  DATED this 17th day of August, 2020.

_____
Robert S. Lasnik
United States District Judge

ORDER STRIKING DOCUMENTS - 2